JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JAMES JOHNSON,               )

            Plaintiff,  )

      vs.                   )

MICHAEL J. ASTRUE,        )
Commissioner of Social Security,   )

           Defendant.  )

Case No.  EDCV 12-289 RNB

**J U D G M E N T**

    In accordance with the Order Affirming Decision of Commissioner filed herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.


DATED: <u>January 2, 2013</u>


                           _____

                           ROBERT N. BLOCK
                           UNITED STATES MAGISTRATE JUDGE