JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JAMES JOHNSON,                                  )        Case No.  EDCV 12-289 RNB
                                                )
                              Plaintiff,         )
                                                )        **J U D G M E N T**
                vs.                             )
                                                )
MICHAEL J. ASTRUE,                              )
Commissioner of Social Security,                )
                                                )
                              Defendant.         )
_____ )

In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social
Security is affirmed and this action is dismissed with prejudice.


DATED: <u>January 2, 2013</u>


_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE